**Exhibit A to the Complaint**

**Location:** Ashburn, VA

**Total Works Infringed:** 24

**IP Address:** 71.62.173.224

**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | FD622BCB0843A8B0A5C4FAAD98CA90F0DC55A559 | Blacked | 10/16/2017 13:16:27 | 09/22/2017 | 10/02/2017 | PA0002057455 |
| 2 | 0F35B475E5AA4FFC774BBB038AEDBD8FF112F9E9 | Blacked | 08/20/2017 11:40:50 | 04/15/2017 | 06/15/2017 | PA0002037563 |
| 3 | 1487A26EAAAD70318258AB9F506506A8F293533A | Blacked | 08/20/2017 11:01:25 | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 4 | 1A032CB38BB2AF87DAF2B239A1A17B6C713EBC26 | Blacked | 08/20/2017 10:53:51 | 08/03/2017 | 08/17/2017 | 15732904092 |
| 5 | 1D63168E762F9CB41AE4DBD6646599AD0EFF3911 | Blacked | 08/20/2017 11:08:37 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 6 | 23C75D98A22B6821F255E85F2ED58CC5CEC8E2DD | Blacked | 10/16/2017 13:10:26 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 7 | 3C75DF0338469C899BB90D1928DCB245E2B3C2CF | Blacked | 08/20/2017 10:43:08 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 8 | 65CF8DA2D031F334F39B20014B15DA107B9EAA15 | Blacked | 08/20/2017 11:47:35 | 08/08/2017 | 08/17/2017 | 15732904191 |
| 9 | 687D75FAFF683791D3E62154C9328397BD23DE7F | Vixen | 11/17/2017 02:16:57 | 04/19/2017 | 06/15/2017 | 15389210409 |
| 10 | 71E3A2888C2DB58BBCE9353A68D2FF80359E304A | Blacked | 10/16/2017 13:16:30 | 06/29/2017 | 07/06/2017 | 15584063973 |
| 11 | 72F519FE9EED3C466979E55CFEBF253309A8106C | Vixen | 05/22/2017 02:56:51 | 05/14/2017 | 06/22/2017 | PA0002039297 |
| 12 | 901129DA9629352ECBB99FF90FE06A5F749AF4DD | Blacked | 10/16/2017 13:11:41 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 13 | 9642336EA4BCA83AB7154CFDFA1091ECBFD98B7A | Blacked | 10/16/2017 13:39:54 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 14 | AB2C2652EC78AC4AD337CC03DF87E970DCED6443 | Blacked | 08/20/2017 11:18:59 | 06/04/2017 | 07/06/2017 | 15584691223 |
| 15 | ABC387F8CA3DD6A0A11B2F4EB9368F62B219CF6C | Blacked | 10/17/2017 00:12:49 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 16 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 10/16/2017 13:09:06 | 09/07/2017 | 09/14/2017 | PA0002052840 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|------|------|------|-----|-----------|--------------------|-----------|
| 17 | B79E6D425A2DD1E64539D44E12EB1DC8166FA68A | Blacked | 09/09/2017 18:12:22 | 08/23/2017 | 08/24/2017 | 15894022831 |
| 18 | BA56E328AE2DBA8A20B327451656293E37FDAE35 | Blacked | 10/16/2017 16:34:27 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 19 | CA328163FA3ADE41786B2BE2C246F9EB7AE2EEA4 | Blacked | 10/16/2017 13:19:56 | 06/09/2017 | 07/06/2017 | 15584064165 |
| 20 | CB9ABC2B058CADE2FA7C0BD6A20558DC0E46EB0D | Blacked | 06/21/2017 00:55:30 | 06/19/2017 | 07/06/2017 | 15584064069 |
| 21 | D31CBC39E31EA20141EB847E24725F06CFC004AB | Blacked | 10/18/2017 14:26:07 | 04/05/2017 | 06/05/2017 | PA0002052859 |
| 22 | D629C1BE08933BB60DF199F6F24E3812EA2C6C73 | Blacked | 10/16/2017 13:09:15 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 23 | E69BB37CE99BE570CC9EB659F45DDEF6E740E3BE | Blacked | 10/16/2017 13:30:12 | 08/13/2017 | 08/17/2017 | 15732986356 |
| 24 | EE39528C7065FF52B465D599BA395BF972CD06E6 | Blacked | 08/20/2017 11:45:13 | 04/30/2017 | 06/15/2017 | PA0002037580 |