UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| Plaintiff, | ) Civil Case No. 1:17-cv-01475-AJT-JFA |
| v. | ) |
| JOHN DOE subscriber assigned IP address 71.62.173.224, | ) |
| Defendant. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 71.62.173.224, are voluntarily dismissed with prejudice.

Dated: April 17, 2018

Respectfully submitted,

/s/ *Jessica Haire*
Jessica Haire, Esq.
Va. Bar No. 82513
Attorney for Strike 3 Holdings, LLC
Fox Rothschild LLP
1030 15th Street, NW
Suite 380E
Washington, DC 20005
Phone: 202-461-3109
Fax: 202-461-3102
jhaire@foxrothschild.com

So ordered
4/18/18

_____
Anthony J. Trenga
United States District Judge

1